THE PEOPLE OF THE STATE OF NEW YORK v. HARRY FERBER.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR JOACHIM v. JOSEPH McCANN, Warden of the New York County Penitentiary.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM F. COLE (HARRY LITMAN).— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

JOSEPH C. HANDSHOE v. HARRY JACOBY and Another.— Motion to dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

JOSEPH C. HANDSHOE v. HARRY JACOBY and Another.— Motion to dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

JOSEPH A. ROSEN, Doing Business, etc., v. JACOB SEVILLE and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

MARY CARUSO v. LUIGI CARUSO.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTONIO MERLINO.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH MORGAN and Others, Impleaded with FRANK COLLINS.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

PRUDENTIAL PAPER CO., INC., v. OSWEGATCHIE PAPER CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

BERTHA SILVERMAN v. ARTHUR M. SILVERMAN.— Motion to dismiss appeal granted, unless appellant procure the record on appeal to be filed so that the appeal can be argued on or before January 9, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

DANIEL RESTA v. CATHERINE RESTA.— Motion to dismiss appeal granted, unless appellant procure the record on appeal to be filed so appeal can be argued on or before January 9, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

MAX J. BUECHLER v. JOHN C. A. GERSTER. JOHN C. A. GERSTER v. MAX J. BUECHLER.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

HENRIETTA GOLDSTEIN v. RACHEL GOLDSTEIN and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before January 6, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

EDWARD W. FORD, Doing Business, etc., v. KELVIN ENGINEERING COMPANY, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.